FILED
CLERK, U.S. DISTRICT COURT
05/17/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_DM\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:21-cr-00236-AB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [31 U.S.C. § 5324(a)(1): Structuring Transactions or Attempting to Structure Transactions] |
| MONOPOLY TEXTILE, INC, | |
| Defendant. | |

The United States Attorney charges:

[31 U.S.C. § 5324(a)(1)]

On or about May 4, 2011, through on or about August 13, 2013, within the Central District of California, and elsewhere, defendant MONOPOLY TEXTILE, INC., knowingly, and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, caused and attempted to cause domestic financial institutions, including BBCN Bank, Hanmi Bank, and JP Morgan Chase, to fail to file reports

//
//
//

required under Section 5313(a) of Title 31, specifically, Currency Transaction Reports, by structuring at least $1,000,000 during that period.

>                    TRACY L. WILKISON
>                    Acting United States Attorney
>
>                    *Brandon Fox*
>                    _____
>                    BRANDON D. FOX
>                    Assistant United States Attorney
>                    Chief, Criminal Division
>
>                    SCOTT M. GARRINGER
>                    Assistant United States Attorney
>                    Deputy Chief, Criminal Division
>
>                    STEVEN R. WELK
>                    Assistant United States Attorney
>                    Chief, Asset Forfeiture Section
>
>                    DAN G. BOYLE
>                    Assistant United States Attorney
>                    Asset Forfeiture Section